Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORRAINE C. DURAN, | Case No.: 2:18-cv-01004-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| EQUIFAX INFORMATION SERVICES, LLC; JPMORGAN CHASE BANK, NA; SETERUS, INC.; and LEXISNEXIS RISK SOLUTIONS BUREAU LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Lorraine C. Duran (hereafter "Plaintiff") through their attorney David H. Krieger, Esq., and Lindsey H. Morales, Esq., attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond by an additional 30 days; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before July 26, 2018.

/ / /

/ / /

The parties further agree that good cause exists for this extension. The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this 13th day of June, 2018        Signed this 13th day of June, 2018

McCALLA RAYMER LEIBERT PIERCE, LLP

By: */s/ Lindsey H. Morales*        By: */s/ David H. Krieger*
Lindsey H. Morales, Esq.              David H. Krieger, Esq.
Nevada Bar No. 11519                  Nevada Bar No. 9086
McCalla Raymer Leibert Pierce, LLP    Haines & Krieger, LLC
1635 Village Center Circle, Ste. 130  8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89134               Las Vegas, Nevada 89123
(702) 425-7267                        (702) 880-5554
*Attorney for Chase Bank, N.A.*       *Attorney for Plaintiff*

## ORDER

**IT IS ORDERED.** Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before July 26, 2018.

Dated June 14, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Lindsey H. Morales*
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com