# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORRAINE C. DURAN, | Case No.: 2:18-cv-01004-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 14) |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff and Defendant Equifax Information Services, LLC's notice of settlement. Docket No. 14. The Court **ORDERS** these parties to file a stipulation of dismissal no later than September 10, 2018.

IT IS SO ORDERED.

Dated: July 10, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge