# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LORRAINE C. DURAN,<br><br>　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　Defendant(s). | Case No.: 2:18-cv-1004-GMN-NJK<br><br>**Order**<br><br>(Docket No. 16) |

Before the Court is Plaintiff and Defendant LexisNexis Risk Solutions Bureau LLC's notice of settlement. Docket No. 16. The Court **ORDERS** these parties to file a stipulation of dismissal no later than September 24, 2018.

IT IS SO ORDERED.

Dated: July 24, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1