| | |
|---|---|
| 1 | Eric Tsai (12882) |
| | **MAURICE WUTSCHER LLP** |
| 2 | 71 Stevenson, Suite 400 |
| | San Francisco, California 94105 |
| 3 | Tel. (415) 529-7654 |
| | Facsimile: (866) 581-9302 |
| 4 | E-mail: etsai@mauricewutscher.com |
| 5 | Attorneys for Defendant |
| | *Seterus, Inc.* |
| 6 | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | | |
|---|---|---|
| LORRAINE C. DURAN, | ) | Case No.: 2:18-cv-01004-GMN-NJK |
| Plaintiff, | ) | |
| | ) | Assigned to Hon. Gloria M. Navarro |
| v. | ) | **STIPULATION FOR EXTENSION OF TIME FOR SETERUS TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |
| EQUIFAX INFORMATION SERVICES, LLC; JPMORGAN CHASE BANK, NA; SETERUS, INC; and LEXISNEXIS RISK SOLUTIONS BUREAU LLC, | ) ) ) ) ) | |
| Defendants. | ) | Complaint Filed: June 4, 2018 Trial Date: TBD |

IT IS HEREBY STIPULATED, by and between, Plaintiff Lorraine C. Duran ("Plaintiff") and Defendant Seterus, Inc. ("Seterus"), through their attorneys, that Seterus may have an additional thirty (30) days to answer or otherwise respond to Plaintiff's complaint ("Complaint"). Seterus shall answer or otherwise respond to Plaintiff's Complaint on or before August 27, 2018.

/ / /

/ / /

/ / /

The parties further agree that good cause exists for this extension. The amended response deadline allows the parties to continue exploring informal resolution of this dispute. No party would be unduly prejudiced by the extension.

Dated: July 26, 2018

/s/ Eric Tsai
Eric Tsai (12882)
**MAURICE WUTSCHER LLP**
71 Stevenson Street, Suite 400
San Francisco, California 94105
Tel. (415) 529-7654
Facsimile: (866) 581-9302
etsai@mauricewutscher.com
*Attorneys for Defendant*
*Seterus, Inc.*

Dated: July 26, 2018

/s/ David H. Krieger
David H. Krieger (9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123
Tel. (702) 880-5554
Facsimile: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*
*Lorraine C. Duran*

**IT IS SO ORDERED:**

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: July 27, 2018