David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, LORRAINE C. DURAN*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| LORRAINE C. DURAN,<br><br>               Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; JPMORGAN CHASE BANK, NA; SETERUS, INC; and LEXISNEXIS RISK SOLUTIONS BUREAU LLC,<br><br>               Defendants. | Case No. 2:18-cv-01004-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING ACTION AS TO SETERUS ONLY** |

      Plaintiff LORRAINE C. DURAN and Defendant SETERUS, INC hereby stipulate and agree that the above-entitled action shall be dismissed in accordance

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SETERUS, INC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: September 5, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Eric Tsai, Esq. |
| David H. Krieger, Esq. | Eric Tsai, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 12882 |
| HAINES & KRIEGER, LLC | MAURICE WUTSCHER LLP |
| 8985 S. Eastern Avenue | 71 Stevenson |
| Suite 350 | Suite 400 |
| Henderson, Nevada 89123 | San Francisco, California 94105 |
| *Attorney for Plaintiff* | *Attorney for Defendant Seterus, Inc* |

## **ORDER**

IT IS SO ORDERED.

DATED this  16   day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE